1408

## RECONSIDERATION OF PRIOR DECISIONS

**2004–1568.   State v. Foster.**
Licking App. No. 03CA95, 2004-Ohio-4209. Reported at 109 Ohio St.3d 1, 2006-Ohio-856, 845 N.E.2d 470. On motion for reconsideration. Motion denied.

**2004–1771.   State v. Quinones.**
Cuyahoga App. No. 83720, 2004-Ohio-4485. Reported at 109 Ohio St.3d 1, 2006-Ohio-856, 845 N.E.2d 470. On motion for reconsideration. Motion denied.

**2005–2076.   Telxon Corp. v. Smart Media of Delaware, Inc.**
Summit App. Nos. 22098 and 22099, 2005-Ohio-4931. Reported at 108 Ohio St.3d 1473, 2006-Ohio-665, 842 N.E.2d 1053. On motion for reconsideration of Smart Media of Delaware, Inc. and William J. Dupree. Motions denied.
  RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–2138.   State v. Abshear.**
Clark App. No. 03CA0012, 2004-Ohio-1322. Reported at 108 Ohio St.3d 1474, 2006-Ohio-665, 842 N.E.2d 1054. On motion for reconsideration. Motion denied.

**2005–2238.   State v. Luckett.**
Cuyahoga App. No. 85677, 2005-Ohio-5199. Reported at 108 Ohio St.3d 1475, 2006-Ohio-665, 842 N.E.2d 1054. On motion for reconsideration. Motion denied.
  MOYER, C.J., LUNDBERG STRATTON and LANZINGER, JJ., dissent.